BEFORE THE FIRST DIVISION, AUGUST 8, 1963

No. 67917.—The Acadia Co., Inc. *v.* United States, protest 62/17514 (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of woven fabrics in chief value of wool and in part of braid similar in all material respects to those the subject of Abstract 67278, the claim of the plaintiff was sustained.